PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Angel Gabriel Vidal                    Cr.: 16-00485-003
                                                          PACTS #: 2490083

Name of Sentencing Judicial Officer:  THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/02/2017

Original Offense: 18:1343.F; Fraud By Wire - Radio - Or Television

Original Sentence: 24 months probation

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Life Skills Counseling, Educational Services, No New Debt/Credit, Forfeiture

Type of Supervision: Probation                    Date Supervision Commenced: 10/02/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On April 4, 2018, the offender was arrested in Glen Ridge by the Glen Ridge Police Department and was charged with the following offenses: Operating under the influence of liquor or drugs, DWI on school property or within 1,000 feet of a school zone, unsafe lane change, traffic on marked lanes, following too closely, failure to give proper signal when turning or stopping, speeding, careless driving, and throwing litter from vehicle. The charges remain pending in Glen Ridge municipal court. |
| 2 | The offender failed to make regular payments toward his court imposed financial obligation despite being told to do so on numerous occasions. |

U.S. Probation Officer Action:

The undersigned officer respectfully recommends that the Court consider adding a special condition requiring the offender to undergo alcohol and drug testing, evaluation, and treatment due to his recent arrest. We will continue to monitor the status of the new charges.

Respectfully submitted,

*Erika M. Arnone*

By: Erika M. Arnone
    U.S. Probation Officer
Date: 05/04/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time
☒ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

5/10/18
_____
Date